IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KELLY RATZLAFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-18-477-D |
| | ) | |
| BOARD OF COUNTY COMMISSIONERS | ) | |
| OF CADDO COUNTY, OKLAHOMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Before the Court is Defendant Board of County Commissioners' Motion to Dismiss Plaintiff's Complaint [Doc. No. 9], filed pursuant to Fed. R. Civ. P. 12(b)(6). In response, Plaintiff has timely filed an amended pleading as authorized by Fed. R. Civ. P. 15(a)(1)(B). The First Amended Complaint [Doc. No. 11] "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (internal quotation omitted); *see Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180-81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007). Thus, Defendant's Motion is moot.

IT IS THEREFORE ORDERED that Defendant Board of County Commissioners' Motion to Dismiss [Doc. No. 9] is DENIED without prejudice to resubmission, if appropriate, in response to the First Amended Complaint.

IT IS SO ORDERED this 28th day of June, 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE